LEONARD E. BRUFFETT, *Appellant*, v. STATE OF KANSAS, *Appellee.*

No. 47,736

Opinion filed July 17, 1975.

*Randolph G. Austin*, of Hackler, Londerholm, Speer, Vader and Austin, of Olathe, was on the brief for the appellant.

*Curt T. Schneider*, attorney general, *Margaret Jordan*, district attorney, and J. J. B. *Wigglesworth*, assistant district attorney, were on the brief for the appellee.

*Per Curiam.* Affirmed.

FROMME, J., not participating.